Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0291 | DATE | JANUARY 23, 2008 |
| CASE TITLE | US v. NICKOLAS LEE & CAROLINE RIVERA | | |

JUDGE JOAN H. LEFKOW

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

SPECIAL MARCH 2007

MAGISTRATE JUDGE NOLAN

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge Ashman

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE AS TO NICKOLAS LEE. DEFENDANT IS CURRENTLY IN THE CUSTODY OF IDOC. TO ISSUE BENCH WARRANT, AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO CAROLINE RIVERA.

FILED

JAN 23 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE (ONLY IF FILED
OR MAGISTRATE JUDGE UNDER SEAL)

BW ESSGed
JAN 24 2008

| | | |
|---|---|---|
| No notices required, advised in open court. | | Number of notices |
| No notices required. | | Date docketed |
| Notices mailed by judge's staff. | | Docketing dpty. initials |
| Notified counsel by telephone. | | Date mailed notice |
| Docketing to mail notices | | Mailing dpty. initials |
| Mail AO 450 form. | | |
| Copy to judge/magistrate judge. | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | |

DOCKET#