Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE JOAN H. LEFKOW | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE NOLAN / Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 07 CR 0291 | DATE | JANUARY 30, 2008 |
| CASE TITLE | US v. NICKOLAS LEE & CAROLINE RIVERA | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____Morton Denlow_____

Docket Entry:

BOND SET IN 07 CR 291 TO STAND AS BOND IN THIS INSTANCE AS TO CAROLINE RIVERA. DETENTION ORDER PREVIOUSLY ISSUED IN 07 CR 291 TO STAND AS TO NICKOLAS LEE.

KC FILED
JAN 3 0 2008
Jan 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | Date docketed |
| Notices mailed by judge's staff. | | | Docketing dpty. initials |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | | Date mailed notice |
| Mail AO 450 form. | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | DOCKET# |