AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
### Northern District of Illinois
### Eastern Division

FILED
Feb 7 2008 AC
FEB - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CH

| United States of America | WARRANT FOR ARREST |
|---|---|
| v. | |
| Christine Rivera | Case Number: 07 CR 291-2 |

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Christine Rivera** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**[Indictment]**   Information   Complaint   Order of court   Violation Notice   Probation   Violation Petition

charging him or her with: **Conspiracy to Defraud the United States**
**Barnk Robbery by Force or Violence**

in violation of Title 18 United States Code, Section(s) 371; 18 USC 2113

Martha E. Glenn Issuing Officer          Deputy Clerk

_Signature of Issuing Officer_          January 24, 2008; Chicago, Illinois

Bail fixed at $ _____

, Judicial Officer

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 1/24/08 |

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 2/7/08 | SELF-SURRENDER to FBI | |
| Date of Arrest | | |