Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 291 - 2 | **DATE** | 02/07/08 |
| **CASE TITLE** | USA vs. Caroline Rivera | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 02/07/08. Defendant informed of her rights. Enter order appointing Daniel Martin of the Federal Defender Program/Panel as counsel for defendant. Government and defendant agree on certain conditions of release. Arraignment held. Defendant waives formal reading of the Indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. Rule 16 conference to be held by 02/14/08. Pretrial motions are due by 03/06/08. Response(s) are due by 03/20/08. Reply brief due by 03/27/08. Status hearing before Judge Lefkow is set for 04/02/08 at 9:45 a.m. On the government's motion and the defendant not objecting, the court finds that the time from 02/07/08 to and including 04/02/08 shall be excluded pursuant to 18 U.S.C. 3161(h)(1). (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|