# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/98)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|

IN THE CASE OF

USA vs. *RIVERA*

FOR *NO ILL ED*

AT *CHICAGO IL*

**LOCATION NUMBER**
*IL NCC*

**DOCKET NUMBERS**

Magistrate

District Court *07 CR 291-2*

Court of Appeals

PERSON REPRESENTED (Show your full name)
*CAROLINE RIVERA*

*FILED FEB 07 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

*FILED FEB 07 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box → )  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment */08*
How much did you earn per month? $ *1600*

If married is your Spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED *280/MO*  SOURCES *FOOD STAMPS*

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ *610*

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ *8000*  DESCRIPTION *2004 Ford Taurus Subject To Loan (Below)*
$ *2000*  *401k - Not Presently Redeemable*

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
✓ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents *2*

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | | |
|---|---|---|
| *RENT* | $ | $ *___* |
| *2004 Ford Taurus* | $ *10,000* | $ *280* |
| *Utilities - Lights* | $ | $ *50* |
| *Credit Card Debt* | $ *500* | $ *___* |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)   *Caroline Cere*