# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                              Case No.: 1:07−cr−00291
                                                                Honorable Joan H. Lefkow

Nickolas Lee, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

MINUTE entry before Judge Honorable Nan R. Nolan: Order setting conditions of release entered on 02/07/08 as to defendant Caroline Rivera is amended as follows: Defendant is hereby directed to undergo medical or psychiatric treatment as directed by pretrial services. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.