## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

<table>
<tr><td></td><td>Plaintiff,</td><td></td></tr>
<tr><td>v.</td><td></td><td>Case No.: 1:07–cr–00291<br>Honorable Joan H. Lefkow</td></tr>
<tr><td>Nickolas Lee, et al.</td><td></td><td></td></tr>
<tr><td></td><td>Defendant.</td><td></td></tr>
</table>

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

MINUTE entry before Judge Honorable Joan H. Lefkow as to Caroline Rivera:Status hearing held on 4/8/2008 and continued to 5/14/2008 at 09:30 AM. Defendant's oral motion to extend date to 5/14/2008 by which to file pretrial motions is granted as to both defendants. Oral motion of the Government to exclude time is granted without objection. The period beginning 4/8/2008 through 5/14/2008 is excluded pursuant to 18.3161(h)(1)(F). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.